**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No.  2829 Disciplinary Docket No. 3 |
| Petitioner | : | |
| v. | : | No. 97 DB 2020 |
| | : | |
| ANDREW WILSON BARBIN, | : | Attorney Registration No. 43571 |
| Respondent | : | |
| | : | (Cumberland County) |

**O R D E R**

**PER CURIAM**

**AND NOW**, this 18th day of November, 2021, upon consideration of the Report and Recommendations of the Disciplinary Board, Andrew Wilson Barbin is suspended from the Bar of this Commonwealth for a period of eighteen months. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).